JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON RUTAN PAPPAS, | Case No. EDCV 14-1994 CJC (SS) |
|           Petitioner, | |
|   v. | **JUDGMENT** |
| AMY MILLER, Warden, | |
|           Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: January 11, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE