# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RUTAN PAPPAS,<br><br>Petitioner,<br><br>v.<br><br>AMY MILLER, Warden,<br><br>Respondent. | No. ED CV 14-1994-CJC (SS)<br><br>ORDER ADOPTING PROTECTIVE ORDER PURSUANT TO THE JOINT STIPULATION OF THE PARTIES |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Court adopts the protective order jointly submitted and stipulated to by the parties on June 25, 2019.

DATED: June 26, 2019

/S/
HONORABLE SUZANNE H. SEGAL
United States Magistrate Judge

Presented by:

/s/ *Gia Kim*
GIA KIM
Counsel for Petitioner
JASON PAPPAS