JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON RATAN PAPPAS,<br>Petitioner,<br>v.<br>EDWARD J. SILVA, Warden,<br>Respondent. | Case No. EDCV 14-1994 DSF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: August 5, 2026

Dale S. Fischer

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE